JUDGE FAILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JB NICHOLAS, KRISTINE RAKOWSKY,
LIANE NIKITOVICH,

**18 CV 8828**

**NOTICE OF MOTION
FOR A PRELIMINARY
INJUNCTION**

Plaintiffs,

-  Against -

DONALD J. TRUMP, President, United States;
WILLIAM B. LONG, Administrator, Federal
Emergency Management Agency,

Defendants.

---

PLEASE TAKE NOTICE that Plaintiffs JB Nicholas, Kristine Rakowsky and Liane Nikitovich  hereby move  the Court for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. Plaintiffs seek an order prohibiting Defendants from broadcasting compulsory Presidential Alerts on citizens' cellular telephones that they are required to receive, read and acknowledge. The compulsory Presidential Alert messaging system violates Plaintiffs' rights under the First, Fourth and Fourteenth Amendments.

PLEASE TAKE FURTHER NOTICE that this motion is returnable before a judge of this Court at the earliesT opportunity to be heard, but no later than Mon., Oct. 1, 2018, as a test of the Presidential Alert system is currently scheduled for Wednesday, Oct. 3, 2018.

DATED:      Sept. 25, 2018
            New York, New York


KRISTINE RAKOWSKY
Plaintiff, *Pro Se*

JASON B. NICHOLAS
Plaintiff, *Pro Se*

LIANE NIKITOVICH
Plaintiff, *Pro Se*