UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON B. NICHOLAS, KRISTINE
RAKOWSKY, LIANE NIKITOVICH,

                    Plaintiffs,

            -v.-

DONALD J. TRUMP, WILLIAM B.
LONG,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 2, 2018

18 Civ. 8828 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

This morning, the Court became aware that it has been assigned this case, the Complaint for which was filed with a motion for a preliminary injunction on September 26, 2018.  (Dkt. #1, 3).  The motion requests a resolution by October 1, 2018.  Upon receiving the Complaint, the Court undertook efforts to find a telephone number or email address for Plaintiffs, but was unsuccessful.  Recognizing the urgency of Plaintiffs' motion, the Court schedules a conference on that motion for **Wednesday, October 3, 2018, at 9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court expects that Plaintiffs will effect service of the summons and Complaint on Defendants prior to appearing at that conference.

SO ORDERED.

Dated:      October 2, 2018
            New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge

*A copy of this Order was mailed by Chambers to:*

Liane Nikitovich
425 Riverside Drive, 10F
New York, NY 10025