UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON B. NICHOLAS, KRISTINE
RAKOWSKY, LIANE NIKITOVICH,

                Plaintiffs,

            -v.-

DONALD J. TRUMP, WILLIAM B.
LONG,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 3, 2018

18 Civ. 8828 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth in Court earlier today, Plaintiffs' motion for a

temporary restraining order is DENIED.  The Clerk of Court is directed to

terminate the motion at Docket Entry 3.

SO ORDERED.

Dated:   October 3, 2018
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Liane Nikitovich
425 Riverside Drive, 10F
New York, NY 10025