UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON B. NICHOLAS, KRISTINE RAKOWSKY, LIANE NIKITOVICH,<br><br>                            Plaintiffs,<br><br>                -v.-<br><br>DONALD J. TRUMP, WILLIAM B. LONG,<br><br>                            Defendants. | 18 Civ. 8828 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On December 28, 2018, the Court stayed this case pending the restoration of funding to the Department of Justice.  (Dkt. #33).  As funding has been restored, the stay is lifted.  The Court sets the following deadlines for the Defendants to respond to Plaintiffs' motion to amend the complaint and add defendants (Dkt. 28-29), the Defendants shall respond either by filing their memorandum of law in opposition to Plaintiffs' motion or informing the Court that they do not object to the motion **on or before March 1, 2019.**  In the event that Defendants oppose the motion, the Defendants shall file their reply to the opposition **on or before March 15, 2019.**

    SO ORDERED.

Dated:    January 30, 2019
         New York, New York

                                             _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge