UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON B. NICHOLAS, KRISTINE RAKOWSKY, LIANE NIKITOVICH,<br><br>                    Plaintiffs,<br><br>           v.<br><br>DONALD J. TRUMP, WILLIAM B. LONG, AJIT PAI, THE FEDERAL EMERGENCY MANAGEMENT AGENCY, and THE FEDERAL COMMUNICATIONS COMMISSION<br><br>                    Defendants. | 18 Civ. 8828 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On February 22, 2018, the Court granted Plaintiff's motion to add defendants and ordered Defendants to file either an answer or a pre-motion letter pursuant to Part 4.A of the Court's Individual Rules of Practice in Civil Cases on or before **March 22, 2019.**  (Dkt. #40).  This date was requested by Defendants' attorney in his letter expressing Defendants' lack of opposition to the motion to add.  (Dkt. #39).  On March 7, 2019, Plaintiffs filed their affidavits of service of the amended complaint.  (Dkt. #45-49).  Based on the calculations from the date of service, the newly added Defendants were automatically provided until May 6, 2019, to respond to the complaint.  The Court wishes to clarify the response deadline.  As all Defendants are represented by the same counsel and said counsel requested the prior date, the Court will maintain the existing deadline of **March 22, 2019**, for Defendants to file either an answer or pre-motion letter.

SO ORDERED.

Dated: February 20, 2019
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge