# SIEGEL TEITELBAUM & EVANS, LLP
ATTORNEYS AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE
(212) 455-0300
FACSIMILE
(212) 448-0066

June 30, 2019

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007

Re: <u>Nicholas v. Trump</u>, No. 18 Civ. 8828 (KPF)

Dear Judge Failla:

We represent Plaintiffs JB Nicholas, Liane Nikitovich and Kristine Rakowsky ("Plaintiffs") in the above-captioned matter and write respectfully to request oral argument on the motion to dismiss filed by Defendants in this matter.

On May 10, 2019, Defendants moved to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). *See* Dkt. Nos. 57-61. On June 24, 2019, Plaintiffs filed their papers in opposition to Defendants' motion to dismiss. Dkt. Nos. 62-66. On June 28, 2019, the Court granted, Dkt. No. 69, Defendants' request, Dkt. No. 67, for an extension of time to file their reply papers, which are now due, July 15, 2019.

Plaintiffs respectfully submit that oral argument would provide an opportunity for the parties to expand on and clarify their arguments, which may prove of assistance to the Court in resolving Defendants' motion.

Respectfully,

/s/
Norman Siegel
Herbert Teitelbaum
Kate Fletcher
SIEGEL TEITELBAUM & EVANS, LLP

/s/
Goutam U. Jois

*Attorneys for Defendants*

Cc: All Counsel of Record, via ECF