# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JB NICHOLAS, KRISTINE RAKOWSKY, and
LIANE NIKITOVICH,

                Plaintiffs,

      -against-

DONALD J. TRUMP, in his official capacity as
President of the United States; WILLIAM B.
LONG, in his official capacity as Administrator
of the Federal Emergency Management Agency;
AJIT PAI, in his official capacity as Chairman of
the Federal Communications Commission;
FEDERAL EMERGENCY MANAGEMENT
AGENCY; and FEDERAL COMMUNICATIONS
COMMISSION,

                Defendants.
------------------------------------------------------------X



18 **CIVIL** 8828 (KPF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2020, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         January 17, 2020

                                                **RUBY J. KRAJICK**

                                                  Clerk of Court

                     **BY:**

                                                  **Deputy Clerk**